# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA,
                Plaintiff,
     v.

FELIPE ERNESTO HERNANDEZ,
                Defendant.

**APPEARANCE**

Case Number: 08MJ0625

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FELIPE ERNESTO HERNANDEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/5/2008 | /s/ STEVEN L. BARTH |
| Date | Signature |
| | Steven L. Barth / Federal Defenders of SD    224185 |
| | Print Name                                                               Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA   92101 |
| | City                       State                      Zip Code |
| | (619) 234-8467          (619) 687-2666 |
| | Phone Number                               Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 5, 2008                                              ___/s/ *Steven L. Barth*___
                                                                              STEVEN L. BARTH
                                                                              Federal Defenders of San Diego, Inc.
                                                                              225 Broadway, Suite 900
                                                                              San Diego, CA 92101-5030
                                                                              (619) 234-8467  (tel)
                                                                              (619) 687-2666  (fax)
                                                                              e-mail: Steven_Barth@fd.org