# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
   Plaintiff

vs.

Felipe Ernesto Hernandez

   Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

CRIMINAL NO. _08 PRO 744 BEN_
     08mj0625

    ORDER

RELEASING MATERIAL WITNESS

Booking No. 07392298

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Raul Trujillo-Vargas

DATED: _3-13-08_

       **CATHY ANN BENCIVENGO**
      UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
    **DUSM**

       **OR**

    W. SAMUEL HAMRICK, JR.   Clerk
     by   _X. Hernande_
       **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082